**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KEVIN C. BRATHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>CAPTAIN JOSEPH H. BELANGER, MAJOR CHARLES CUNNINGHAM, DELAWARE DEPARTMENT OF CORRECTIONS, STUART DROWOS, DELAWARE ATTORNEY GENERAL'S OFFICE, DETECTIVE MATTHEW DONOVAN, and WILMINGTON POLICE DEPARTMENT,<br><br>Defendants. | ) | C.A. No. 26-07-JLH-CJB |

**ORDER**

At Wilmington, this 24th day of August, 2026;

WHEREAS, on July 14, 2026, Magistrate Judge Christopher J. Burke issued a Report and Recommendation ("R&R") recommending that the Court dismiss the Complaint with prejudice under 28 U.S.C. § 1915A(b) (D.I. 19);

WHEREAS, Plaintiff filed Objections to the Report & Recommendation (D.I. 20);

WHEREAS, the Court has reviewed the Objections and concludes that the case should be dismissed for the reasons articulated by Judge Burke;[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that:

[1] The R&R explained, among other things, that "Plaintiff's claims as alleged against Captain Bellenger, Major Cunningham, Drowos, and Detective Donovan, all occurred and accrued prior to . . . May 21, 2002," and are thus outside the applicable two-year limitations period. (D.I. 19 at 7.) Plaintiff's Objections (read liberally) appear to contend that Plaintiff could not have brought this case before 2017 "after he was transfer[r]ed to Pennsylvania[]." (D.I. 20 ¶ 9.) But even if the limitations period were tolled until 2017, this case would still be time-barred.

1. Plaintiff's Objections to the R&R (D.I. 20) are OVERRULED.

2. The R&R (D.I. 19) is ADOPTED.

3. The Complaint is DISMISSED with prejudice under 28 U.S.C. § 1915A(b).

4. Plaintiff's request for default (D.I. 18) is DENIED.

5. The Clerk of Court is directed to CLOSE the case.

The Honorable Jennifer L. Hall
United States District Judge